**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Joseph R. Manning, Jr SBN #223381 <br> MANNING LAW APC <br> 20062 SW Birch St #200 <br> Newport Beach, CA 92660 <br> TELEPHONE NO.: 949-200-8755   FAX NO. (Optional): 866-843-8308 <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): Plaintiff James Rutherford an individual | FOR COURT USE ONLY |
|---|---|

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Riverside <br> STREET ADDRESS: 3470 12th Street <br> MAILING ADDRESS: same <br> CITY AND ZIP CODE: Riverside CA 92501 <br> BRANCH NAME: Eastern Division |
|---|

| PLAINTIFF/PETITIONER: James Rutherford, an individual <br> DEFENDANT/RESPONDENT: N & H Liquor a General Partnership | CASE NUMBER: <br> 5:20 cv 00533 GW-SHK |
|---|---|

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> APAA-019.621 |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ✓ summons
   b. ✓ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ✓ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ✓ other *(specify documents)*: Notice to Parties of Court Directed ADR Program Notice of Assignment, Certification and Notice to Interested Parties, Standing Order
3. a. Party served *(specify name of party as shown on documents served)*:

   N & H Liquor a General Partnership

   b. ✓ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   Nazir Habhab - Agent for Service

4. Address where the party was served:
   115 E Colton Ave Redlands CA 92374

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: (2) at *(time)*:
   b. ✓ **by substituted service.** On *(date)*: 3/30/2020 at *(time)*: 1:15 PM I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   Tony Habhab- brother on law person on charge authorized to accept

   (1) ✓ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ✓ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: 3-31-20 from *(city)*: Anaheim CA or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: James Rutherford, an individual | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: N & H Liquor a General Partnership | 5:20 cv 00533 GW-SHK |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:    (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify)*: N & H Liquor a General Partnership
    under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
      ☑ 416.40 (association or partnership)    ☑ 416.90 (authorized person)
      ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
                                                    ☐ other:

7. **Person who served papers**
  a. Name: John Del Valle
  b. Address: 2390 E Orangewood Ave #530, Anaheim, CA 92806
  c. Telephone number: 949-305-9108
  d. **The fee** for service was: $ 69.00
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ a registered California process server:
      (i) ☐ owner ☐ employee ☑ independent contractor.
      (ii) Registration No.: 1599
      (iii) County: Riverside

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 3/31/2020

John Del Valle
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      ▶ *John Del Valle* (SIGNATURE)