UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | No. 5:20-cv-00533-GW (SHKx) | Date | August 28, 2020 |
|---|---|---|---|
| Title | *Rutherford v. N & H Liquor* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None Present | | None Present | |

**PROCEEDINGS (IN CHAMBERS):**   ORDER TO SHOW CAUSE WHY COURT SHOULD NOT VACATE ENTRY OF DEFAULT

An application for default judgment and to affix fees is set to be heard in this matter on Thursday, September 3. In reviewing the materials, it appears that plaintiff James Rutherford ("Plaintiff") secured the entry of default of defendant N & H Liquor, a California General Partnership ("Defendant"), prior to the expiration of Defendant's time in which to file an Answer or otherwise respond to the Complaint.

Plaintiff asserts that he served Defendant with the Summons, Complaint and other materials by way of substitute service (as California law permits) on March 30, 2020, with a follow-up mailing of the materials on March 31, 2020. *See* Docket No. 9; Docket No. 10-1, at 2:5-7; *see also* Cal. Code Civ. Proc. §§ 415.20(a), 416.40; Fed. R. Civ. P. 4(e)(1), (h)(1); Weil & Brown et al., CAL. PRAC. GUIDE: CIV. PRO. BEFORE TRIAL (The Rutter Group 2020) ("Weil & Brown"), ¶ 4:218.1. Under California law, substitute service is not complete until the tenth day after the required follow-up mailing. *See* Cal. Code Civ. Proc. § 415.20(a); Weil & Brown, ¶ 4:219. Under Federal law, Defendant would have then had 21 days from the expiration of that ten-day period in which to respond to the Complaint. *See* Fed. R. Civ. P. 12(a)(1)(A)(I); *see also* Phillips & Stevenson, RUTTER GROUP PRAC. GUIDE: FEDERAL CIV. PRO. BEFORE TRIAL (The Rutter Group 2020), ¶ 6:13.1-15. Yet, Plaintiff appears to have had the Court Clerk prematurely enter Defendant's default on April 23, 2020. *See* Docket No. 11; *see also, e.g.*, *Finishmaster, Inc. v. Blue Lake Motors, Inc.*, No. CV 17-4389 PA (SKx), 2018 WL 6061195, *4 (C.D. Cal. May 11, 2018).

The September 3 hearing set for Plaintiff's application for default judgment is vacated. Plaintiff has until September 4, 2020, in which to respond to this Order to demonstrate that his procurement of Defendant's default was, in fact, permissible. If Plaintiff is able to successfully demonstrate as much, the Court will re-set a hearing date for the pending application for default judgment. A failure to

:

Initials of Preparer   JG

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | No. 5:20-cv-00533-GW (SHKx) | Date | August 28, 2020 |
|---|---|---|---|
| Title | *Rutherford v. N & H Liquor* | | |

adequately respond by September 4, 2020, will result in the Court vacating the entry of Defendant's default, requiring Plaintiff to serve Defendant with the Summons and Complaint anew, thereby presenting Defendant with another opportunity to respond to the Complaint.

    It is so ordered.

:

Initials of Preparer    JG